NO. 07-10-0042-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 22, 2010
_____

IN THE MATTER OF THE MARRIAGE OF
JESSICA N. ROQUE AND JOSE LUIS ROQUE
_____

FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 2008-545,444; HONORABLE JUDY PARKER, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellant Jose Luis Roque filed a notice of appeal on February 1, 2010. However, he did not pay the required filing fee of $175. *See* Tex. R. App. P. 5 & Appendix. By letter of February 3, we informed appellant that failure to pay the filing fee within ten days of the letter might result in dismissal according to Rule of Appellate Procedure 42.3(c). Tex. R. App. P. 42.3(c). The deadline passed without payment of the filing fee.

Finding appellant has not paid the filing fee required by rule, and finding that we have given notice to all parties, we dismiss the appeal pursuant to Rule 42.3(c).

It is so ordered.


                                        James T. Campbell
                                        Justice